IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND; ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 DEFINED CONTRIBUTION PENSION FUND; AND THE ARCHITECTURAL METAL TRAINEE SCHOOL FOR LOCAL NO. 63 AND THE IRON LEAGUE OF CHICAGO, INC., | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: |
| v. | ) ) ) | |
| GF CRANE, INC., | ) ) ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiffs, the ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, by its attorneys, Gregory W. Hosé, Andrew S. Pigott, and Kyle R. Sullivan of the law firm of Gregorio, Stec, Klein & Hosé, LLC, complain of the Defendant, GF CRANE SERVICES, INC., and allege as follows:

**COUNT I**

1. This action arises under Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of questions arising thereunder.

2. The ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et. al.* (collectively, "Funds") receive contributions from numerous employers pursuant to Collective Bargaining Agreements (CBAs) between the Iron Leage of Chicago and the ARCHITECTURAL IRON WORKERS' LOCAL NO. 63., ("Local 63").

3. The Funds are multi-employer plans as defined under 29 U.S.C. §1002.

4. The Funds are administered in Chicago, so that venue is proper in the Northern

District of Illinois, pursuant to 29 U.S.C. §1132(e)(2).

5. Defendant is an Illinois corporation doing business within the Northern District.

6. Defendant is an employer engaged in an industry affecting commerce.

7. On or about April 1, 2024, Defendant entered into a Project Agreement for the company's 2223 Washington street project in Evanston Illinois (the "Project"). Ex. 1.

8. The Project Agreement bound Defendant to the Joint Agreement and Working Rules, also known as the Collective Bargaining Agreement, between the Iron League and Local 63 for work on the Project.

9. The Collective Bargaining Agreement also bound Defendant to the Agreements and Declarations of Trust creating the Funds ("Trust Agreements").

10. Under the CBA and Trust Agreements, Defendant must contribute to the Funds for each hour worked by its bargaining unit employees working on the Project at the rate and in the manner specified therein.

11. Defendant employed bargaining-unit-member Luis Espinoza on the Project from April 1, 2024, through May 19, 2024, for 209 hours.

12. While Defendant made deductions from Mr. Espinoza's paycheck for certain of the Funds, it failed to contribute the withheld amounts to them, and failed to contribute directly to other Funds, as required, including the Pension and Welfare Funds.

13. Defendant owes $8,334.92 in contributions for Mr. Espinoza's work.

WHEREFORE, Plaintiffs ask this Court to:

A. Enter judgment in favor of the Plaintiffs and against the Defendant, in the amount of $9,001.71, consisting of $8,334.92 in contributions, plus $666.79 in liquidated damages, as provided for under ERISA, the CBA, and the Trust Agreements.

B. Order Defendant to pay the Funds' attorney fees and costs, as provided under ERISA, the CBA, and the Trust Agreements..

C. Grant Plaintiffs such other and further relief as the Court deems just and equitable.

                Respectfully submitted,
                **Architectural Iron Workers'**
                **Local No. 63 Welfare Fund,** *et al.*

        By:   /s/ Gregory W. Hosé
                One of Plaintiff's Attorneys

Gregorio, Stec, Klein & Hosé, LLC
2 N. LaSalle St., Suite 1650
Chicago, IL 60602
312/263-2343
ghose@gregoriolaw.com

# Exhibit 1

# PROJECT AGREEMENT

This Project Agreement is made and entered into this **1st** day of **April**, 20**24**, by and between **GF Crane Service, Inc. (G.F CRANE INC.)** ("The Company") for its **2223 Washington Street** Project located in **Evanston**, Illinois and Architectural and Ornamental Iron Workers Union Local #63, AFL-CIO ("The Union").

The Company and the Union agree that the Company shall be bound by and abide by the terms and conditions of that certain Joint Agreement and Working Rules, dated **April 1, 2024** entered into by and between the Union and Iron League of Chicago, Inc. ("The Joint Agreement"), and any extensions thereto, as though the aforesaid Joint Agreement was set forth herein in full, the receipt of which Joint Agreement is hereby acknowledged by the Company.

The Company and the Union Further agree that the Union shall act as the sole and exclusive bargaining agent for all employees of the Company performing work under the contract only on that one certain job project known as **2223 Washington Street** located in **Evanston** and the Company has no obligation to recognize the Union, or to hire employees represented by the Union, on other projects.

In witness whereof, the parties have duly executed this Project Agreement on the **1st** day of **April**, 20**24**.

For the Union:

*/s/ Fletcher J. Johnson/*

For the Company: **GF CRANE INC.**

Signed by: */s/*
Print Name: **FRANKIE CUSHMAN**
Title: **PRESIDENT**

Company Address:
**2515 Pan Am Blvd**
**Elk Grove Village    IL        60007**
City                              State             Zip

Phone Number: **630.422.7286**

Fax Number: _____

**THIS FORM MAY ONLY BE USED TWICE**