**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, | ) | |
| Plaintiffs, | ) | Case No.: 25-CV-07514 |
| v. | ) | Judge Shah |
| GF CRANE, INC., | ) | Magistrate Appenteng |
| Defendants. | ) | |

**MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN**

Plaintiffs, the ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et al., by its attorneys, Gregory Hosé, Andrew Pigott, and Kyle Sullivan of the law firm of Gregorio, Stec, Klein & Hosé, LLC, move for the entry of a default judgment in sum certain against Defendant, GF CRANE SERVICES, INC., stating as follows:

1. Plaintiffs filed their Complaint against Defendant on July 3 and served Defendant on July 10, 2025.

2. More than 21 days have passed since service of the Complaint without an answer or other responsive pleading from Defendant..

3. Defendant is in default.

4. As a result of its default, Defendant admits the well-pled allegations of the Complaint and is precluded from asserting affirmative defenses.

5. As alleged in the Complaint, and supported by the declaration of Patrick Gallery (Ex. A), Defendant owes the Funds $8,334.92 in outstanding contributions and $666.79 in liquidated damages.

6. Per the declaration of Andrew S. Pigott (Ex. B), the Plaintiff Funds have

incurred $3,107.34 in attorney fees and litigation costs prosecuting this matter.

WHEREFORE, Plaintiffs pray:

A. That Judgment be entered in favor of the Plaintiffs and against the Defendant, GF Crane Inc. in the amount of $12,109.05.

B. That Plaintiffs have such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

**ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.***

By: /s/ Andrew S. Pigott
One of Plaintiff's Attorneys

Gregorio, Stec, Klein & Hosé, LLC
Attorney for Plaintiffs
2 N. LaSalle St., Suite 1650
Chicago, IL 60602
312/263-2343

**IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION**

| | | |
|---|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, | ) | |
| Plaintiffs, | ) | Case No.: 25-CV-07514 |
| v. | ) | Judge Shah |
| GF CRANE, INC., | ) | Magistrate Appenteng |
| Defendants. | ) | |

***DECLARATION OF PATRICK GALLERY UNDER 28 U.S.C. § 1746***

1. I am Patrick Gallery, an employee of Benefits Management Group, Inc., the third-party administrator for the Plaintiff Funds.

2. My duties for the Funds include monitoring the provision and payment of contribution reports from the Funds' participating employers.

3. GF Crane, Inc. ("GFC") is one of the Funds' participating employers pursuant to a project agreement.

4. GFC did not submit contribution reports and paid no contributions for the months of April and May 2025.

5. It was brought to my attention that Ironworker Luis Espinoza worked 209 hours over those two months for GFC.

6. Based on Mr. Espinoza's work, GFC owes the Funds $8,334.92 in contributions.

7. Participating employers who do not pay their contributions on time suffer the imposition of liquidated damages under the Ironworkers Local 63 CBA and the Funds Trust Agreements.



8. Because GFC did not pay its contributions for Mr. Espinoza on-time, it owes the Funds $666.79 in liquidated damages.

9. GFC's present total contribution and liquidated damage arrearage to the Funds is, therefore, $9,001.71.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8.1.25
Date

By: [signature]
Patrick Gallery

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, *et al.*, | ) | |
| Plaintiffs, | ) | Case No.: 25-CV-07514 |
| v. | ) | Judge Shah |
| GF CRANE, INC., | ) | Magistrate Appenteng |
| Defendants. | ) | |

***DECLARATION OF ANDREW S. PIGOTT UNDER 28 U.S.C. §1746***

1. I am Andrew S. Pigott, an attorney at Gregorio, Stec, Klein & Hosé, law firm for the Plaintiff Funds.

2. Our hourly rates for the Funds are between $265.00 and $300.00 per hour, depending on the associate/senior associate/partner status of the working attorney.

3. Our hourly rates are well within the market norm for ERISA litigation, and their reasonableness is further demonstrated by the Funds' regular payment of our bills at those rates.

4. In this matter, we billed 12.75 hours of work. These hours included the drafting of a settlement demand letter, the complaint, and a motion for default judgment.

5. The amount of fees corresponding to the aforementioned work totals $ 2,632.50.

6. We further incurred litigation expenses, including the Court's $405.00 filing fee, and $69.84 in service costs..

7. The total amount Gregorio, Stec, Klein & Hosé will bill the Funds in this matter is $3,107.34.



I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/4/25
Date

By: [signature]
Andrew S. Pigott